John Gillen, Respondent, *v*. Home Owners' Loan Corporation, Appellant.

Argued April 13, 1939; decided May 16, 1939.

*Julius M. Jacobs* for appellant.

*Fred A. Lewis* for respondent.

Order affirmed, with costs, on the authority of *Keifer & Keifer* v. *Reconstruction Finance Corp.*, decided in United States Supreme Court February 27, 1939 (306 U. S. 381), and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.